Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00628-CR

Irma Leyva **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-3381
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  November 2, 2011

DISMISSED FOR WANT OF JURISDICTION

Appellant seeks to appeal an "Agreed Judgment of Incompetency" finding appellant incompetent to stand trial and committing her to a mental health facility for 120 days for examination and treatment toward the objective of attaining competency to stand trial. *See* TEX. CODE CRIM. PROC. ANN. arts. 46B.005(c), 46B.054, 46B.073 (West 2006 & Supp. 2010). Article 46B.011 expressly provides that, "Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005." *Id.* art.

46B.011 (West 2006). Therefore, on September 27, 2011, we issued an order instructing appellant to show cause why this appeal should not be dismissed for want of jurisdiction. Counsel for appellant filed a written response agreeing that this appeal should be dismissed for want of jurisdiction. Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH